

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROSA SERRANO,                                          §                    No. 08-15-00290-CV

                 Appellant,               §                    Appeal from the

v.                                                                 §                    County Court at Law No. 7

PELLICANO BUSINESS PARK LLC,          §                    of El Paso County, Texas

                 Appellee.                §                    (TC# 2012-DCV06341)

§

## O R D E R

On May 16, 2016, Appellee filed a contest to Appellant's affidavit of indigence. The contest is untimely because any contest to Appellee's affidavit of indigence was due to be filed on October 5, 2015. The Court notified the parties on October 13, 2015 that no contest was received by the due date, and therefore, the allegations in Appellant's affidavit of indigence must be deemed true and she is allowed to proceed without advance payment of costs. TEX.R.APP.P. 20.1(f). Accordingly, the Court will not take any action on Appellee's untimely contest.

IT IS SO ORDERED this 18th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)